JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. PARKER, | ) Case No. EDCV 12-1834-DTB |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: September 27, 2013

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1